No. 02–5889.  EURY v. BELL ET AL.  C. A. 4th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 02A280 (02–523).  HENDERSON ET AL. v. STALDER, SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS OF LOUISIANA, ET AL.  C. A. 5th Cir.  Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–2333.  IN RE DISBARMENT OF WEINSTOCK.  Disbarment entered.  [For earlier order herein, see 536 U. S. 975.]

No. 02M22.  MELVIN v. UNITED STEELWORKERS OF AMERICA, LOCAL 959, ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 02–39.  MICREL, INC. v. LINEAR TECHNOLOGY CORP.  C. A. Fed. Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–6308.  IN RE WOJNICZ;
No. 02–6470.  IN RE TURNER;
No. 02–6473.  IN RE LARK;
No. 02–6474.  IN RE LEWIS; and
No. 02–6530.  IN RE DUKES.  Petitions for writs of habeas corpus denied.

No. 02–5719.  IN RE FINK.  Petition for writ of mandamus denied.

No. 02–5627.  IN RE CUMMINGS.  Petition for writ of mandamus and/or prohibition denied.

No. 02–42.  FRANCHISE TAX BOARD OF CALIFORNIA v. HYATT ET AL.  Sup. Ct. Nev.  Certiorari granted.

No. 02–215.  PACIFICARE HEALTH SYSTEMS, INC., ET AL. v. BOOK ET AL.  C. A. 11th Cir.  Certiorari granted.